IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANTWAIN HALE,<br>    Plaintiff, | Civil Action No. 7:17-cv-00440 |
| v. | **OPINION** |
| MEDIKO CORRECTIONAL<br>HEALTHCARE, et al,<br>    Defendant(s). | By:    James P. Jones<br>United States District Judge |

Antwain Hale, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered November 21, 2017, the court directed plaintiff to submit within 14 days from the date of the Order the full filing fee or otherwise respond because it had come to the court's attention that plaintiff was no longer incarcerated and no longer subject to the provision of the Prisoner Litigation Reform Act. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 14 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 12th day of December, 2017.

                                                              /s/James P. Jones<br>
                                                              United States District Judge